LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE BOLOGNA, individually and as the successor-in-interest to ANTHONY BOLOGNA, MICHAEL BOLOGNA and MATTHEW BOLOGNA; ANDREW BOLOGNA; and FRANCESCA BOLOGNA, by-and-through her *guardian ad litem* DANIELLE BOLOGNA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity; GAVIN NEWSOM, an individual; HEATHER FONG, an individual; WILLIAM SIFFERMAN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 09-02272 SI<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, Defendants filed a Motion to Dismiss, which is scheduled to be heard on July 17, 2009;

WHEREAS, Plaintiffs intend to file a Motion in Opposition to Defendants' Motion to Dismiss;

WHEREAS, due to the legal complexity of the case, the parties agree that additional time is necessary to adequately brief the issues raised by the motion; and

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS -
CASE NO. C 09-02272 SI

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
2  parties, through their counsel of record:

4  1. Plaintiffs shall file and serve their Opposition to the Motion to Dismiss on or before
5  July 13, 2009.

7  2. Defendants shall file and serve their reply brief on or before July 24, 2009.

9  3. The hearing on the Motion to Dismiss shall be held at 9:00 a.m. on August 14, 2009, or
10 as soon thereafter as counsel may be heard.

12  IT IS SO STIPULATED.

14  Dated: June 26, 2009          WALKUP, MELODIA, KELLY & SCHOENBERGER

                                 _____ for MDD_____
16                               MATTHEW D. DAVIS
17                               Attorneys for Plaintiffs

18  Dated: June 26, 2009          DENNIS J. HERRERA
                                 CITY ATTORNEY
19                               JOANNE HOEPER
                                 CHIEF TRIAL DEPUTY
20                               SCOTT D. WIENER
                                 DEPUTY CITY ATTORNEY
21

                                 /s/
                                 _____
23                               SCOTT D. WIENER
                                 Attorneys for Defendants
24                               CITY AND COUNTY OF SAN FRANCISCO,
                                 GAVIN NEWSOM, HEATHER FONG, AND
25                               WILLIAM SIFFERMAN

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108

2

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS  -
CASE NO. C 09-02272 SI

1  Pursuant to stipulation, IT IS SO ORDERED,

4  Dated: _____

*[signature: Susan Illston]*

The Honorable Susan Illston
United States District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108

3

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS   -
CASE NO. C 09-02272 SI