IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE BOLOGNA, et al.<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendant.<br>_____/ | CASE NO. CV-09-2272 SI<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Kris W. Kobach, whose business address and telephone number is

School of Law,
University of Missouri (Kansas City)
5100 Rockhill Road, Kansas City, MO 64110     Tel: 913-638-5567

and who is an active member in good standing of the bar of the State of Kansas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Susan Illston
United States District Judge