DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, HEATHER FONG, AND
WILLIAM SIFFERMANN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE BOLOGNA, individually and as the successor-in-interest to ANTHONY BOLOGNA, MICHAEL BOLOGNA and MATTHEW BOLOGNA; ANDREW BOLOGNA, and FRANCESCA BOLOGNA, by-and-through her *guardian ad litem* DANIELLE BOLOGNA,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity; GAVIN NEWSOM, an individual; HEATHER FONG, an individual; WILLIAM SIFFERMAN; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No. CV-09-2272 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESETTING RULE 26 DEADLINES IN LIGHT OF RESCHEDULED CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS** |

1  WHEREAS the Court recently continued the initial case management conference in this matter to September 15, 2009;

2  WHEREAS Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss is set for hearing on August 14, 2009;

3  AND WHEREAS the parties believe that it would be most efficient to continue the deadlines for the parties' Rule 26 pre-CMC obligations to dates after the motion hearing and closer in time to the CMC;

THE PARTIES HEREBY AGREE AND STIPULATE, subject to approval by the Court, as follows:

1. The parties' deadline to conduct a Rule 26 conference and to file an ADR stipulation shall be continued to August 28, 2009.

2. The parties' deadline to serve initial disclosures and to file a joint case management statement shall be continued to September 8, 2009.

Dated:  August 6, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
MEREDITH B. OSBORN
Deputy City Attorneys

By: -/s/-   Scott D. Wiener
SCOTT D. WIENER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, HEATHER FONG, AND WILLIAM SIFFERMANN

Dated: August 6, 2009

                        LAW OFFICES OF WALKUP, MELODIA, KELLY & SCHOENBERGER

                              -/s/-   *Matthew D. Davis*

By:_____
      MATTHEW D. DAVIS
      Attorneys for Plaintiffs
      DANIELLE BOLOGNA, ANDREW BOLOGNA, and FRANCESCA BOLOGNA

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

SO ORDERED.

Dated: August 7, 2009
_____

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

HON. _____
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND PROPOSED ORDER
Bologna, et al. v. CCSF, et al. – USDC No. CV-09-2272 SI

3

n:\lit\li2009\090237\00573571.doc